IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMOTHY WAYNE WILLIAMS,          :
                                 :
     Petitioner.                 :
                                 :
vs.                              :     CIVIL ACTION 15-0126-WS-M
                                 :
CYNTHIA STEWART,                 :
                                 :
     Respondent.                 :

ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DENIED** and that this action be **DISMISSED**.  It is further ORDERED that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal *in forma pauperis*.

DONE this 1st day of August, 2016.


                                s/WILLIAM H. STEELE
                                CHIEF UNITED STATES DISTRICT JUDGE