```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

TIMOTHY WAYNE WILLIAMS,           :
                                  :
    Petitioner.                   :
                                  :
vs.                               :      CIVIL ACTION 15-0126-WS-M
                                  :
CYNTHIA STEWART,                  :
                                  :
    Respondent.                   :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, Cynthia Stewart, and against Petitioner, Timothy Wayne Williams.

    DONE this 1st day of August, 2016.


                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE